ISENHOUR v. HUTTO

No. 305PA98

Case below: 129 N.C.App. 596

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Petition by defendants (Morrison and City of Charlotte) for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.

JACKSON v. A WOMAN'S CHOICE, INC.

No. 391P98

Case below: 130 N.C.App. 590

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.

MACON v. MACON

No. 334P98

Case below: 130 N.C.App. 150

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 November 1998.